```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JOHN K. VINCENT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 551-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,    )
11                               )    Mag. No. 98-113 GGH
              Plaintiff,         )
12                               )
         v.                      )
13                               )
                                 )    MOTION TO DISMISS CRIMINAL
14  JOSE ALFREDO BARAJAS,        )    COMPLAINT AND ARREST WARRANT
                                 )    FILED AGAINST DEFENDANT BARAJAS
15            Defendant.         )
    _____)
16
17       Plaintiff United States of America, by and through its
18  undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to
19  dismiss without prejudice the criminal complaint and arrest warrant
20  in the above-captioned action filed on April 2, 1998.  The defendant
21  is a fugitive, and the country to which he fled will not return him
22  to the United States.
23  DATED:  June 26, 2006            McGREGOR W. SCOTT
                                     United States Attorney
24
25
                              By:    /s/ John K. Vincent
26                                   JOHN K. VINCENT
                                     Assistant U.S. Attorney
27
28
```

1                               ORDER

2      Based on the motion of the government, and GOOD CAUSE APPEARING

3 THEREFORE, the Court hereby orders that the complaint and arrest

4 warrant filed against Jose Alfredo Barajas, on April 2, 1998, be and

5 are hereby dismissed without prejudice.

6      IT IS SO ORDERED.

7 DATED: ~~June~~ 8 , 2006

                                            GREGORY G. HOLLOWS

                                            HON. GREGORY G. HOLLOWS
                                            United States Magistrate Judge